UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LEONEL MARIN TORRES, | ) | CASE NO. C08-0407-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| DR. RONALD FLECK, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is currently incarcerated in the King County Jail ("Jail") in Seattle, Washington.[1] He is proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. On March 10, 2008, plaintiff submitted a complaint written entirely in Spanish, accompanied by a motion for appointment of counsel also written in Spanish. (Dkt. No. 1). On April 21, 2008, the Court granted plaintiff leave to amend his complaint, informing plaintiff that the Court is unable to translate pleadings that are not written in English. (Dkt. No. 13). The Court gave plaintiff until

---

[1] On March 4, 2008, the Honorable Ricardo S. Martinez granted petitioner's petition for a writ of habeas corpus, and directed the State of Washington to release petitioner or commence proceedings to re-try him within 30 days. (Dkt. No. 52 in Case No. C06-830-RSM). Thus, it appears that petitioner is currently being held as a pretrial detainee awaiting his retrial.

REPORT AND RECOMMENDATION
PAGE -1

01  May 21, 2008, to file an amended complaint in English. The Court warned plaintiff that if he did
02  not file an amended complaint, the Court would recommend that this matter be dismissed under
03  28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.
04    As of the date of this Report and Recommendation, plaintiff has neither filed an amended
05  complaint nor sought an extension of time in which to do so. The only communication from
06  plaintiff has been a letter received by the Court on April 22, 2008, in which plaintiff appears to
07  object to the refusal of the Jail to provide a certified copy of his trust account statement. (Dkt.
08  No. 14). However, the letter is postmarked April 21, 2008, and therefore was sent by plaintiff
09  *before* he received the Court's Order of the same date. Consequently, the letter cannot be
10  construed as a response of any kind to the Order granting plaintiff leave to amend.
11    Accordingly, because plaintiff has not filed an amended complaint, the Court recommends
12  that the complaint and this action be dismissed without prejudice. A proposed Order is attached.
13    DATED this 28th day of May, 2008.

            /s/ Mary Alice Theiler
            Mary Alice Theiler
            United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2