UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LEONEL MARIN TORRES, | ) | CASE NO. C08-0407-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 1983 |
| | ) | ACTION |
| DR. RONALD FLECK, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 15);

(2) The complaint and this action are DISMISSED without prejudice;

(3) Plaintiff's motion for appointment of counsel is DENIED as moot; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 21st day of July, 2008.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge